# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00852-CV

### C. G. and B. E., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
## NO. C2015-0540C, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants C. G. and B. E. filed their notices of appeal on December 18, 2018, and December 31, 2018, respectively. The appellate record was complete February 5, 2019, making appellants' briefs due February 25, 2019. On February 25, 2019, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we grant the motions and order counsel to file appellants' briefs no later than March 18, 2019. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on February 28, 2019.

Before Justices Goodwin, Baker, and Triana